INTERNATIONAL CLEARING HOUSE OF N. Y., INC. *v.* UNITED STATES

No. 5735—Invoices dated Paris, France, November 17, 1937, etc.
Entered at New York, N. Y., November 24, 1937, etc.
Entry No. 778683, etc.

(Decided on rehearing October 19, 1942)

*Strauss & Hedges* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, having been formally abandoned are hereby dismissed. Judgment will be rendered accordingly.